1  HOLLY S. PARKER (SBN 10181)
   RYAN W. LEARY (SBN 11630)
2  LAXALT & NOMURA, LTD.
   9600 Gateway Drive
3  Reno, Nevada 89521
   T: (775) 322-1170
4  F: (775)322-1865
5  Attorneys for *Defendant*
   *HIGHLAND RANCH HOMEOWNERS ASSOCIATION*
6
7              **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
8

| | |
|---|---|
| 9   USROF III LEGAL TITLE TRUST 2015-1, | Case No.:  2:17-cv-02083 |
| 10  BY U.S. BANK NATIONAL ASSOCIATION, | |
|     AS LEGAL TITLE TRUSTEE, | **STIPULATION AND ORDER TO** |
| 11  | **EXTEND DATE BY WHICH** |
|                         Plaintiff, | **HIGHLAND RANCH HOMEOWNERS** |
| 12  | **ASSOCIATION SHALL HAVE TO** |
|     vs. | **ANSWER OR OTHERWISE** |
| 13  | **RESPOND TO COMPLAINT** |
|     TBD, LLC, a Nevada Limited-Liability | |
| 14  Company; TBR I, LLC, a Nevada Limited | **(FIRST REQUEST)** |
|     Liability Company; AIRMOTIVE | |
| 15  INVESTMENTS, LLC, a Nevada Limited | |
|     Liability Company; HIGHLAND RANCH | |
| 16  HOMEOWNERS ASSOCIATION, a Nevada | |
|     Non-Profit Corporation; KERN & | |
| 17  ASSOCIATES, LTD., a Nevada Corporation, | |
| 18  | |
| 19              Defendants. | |

20
21         Plaintiff, USROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as

22  Legal Trustee ("Plaintiff") and Defendant, Highland Ranch Homeowners Association

23  ("Highland Ranch"), by and through their respective counsel, stipulate as follows:

24         Plaintiff filed a Complaint on August 1, 2017, therein naming Highland Ranch and other

25  Defendants.  (ECF No. 1.)  Plaintiff subsequently served Highland Ranch with the Summons and

26  Complaint.  The current deadline for Highland Ranch to answer or otherwise respond to the

27  Complaint is September 1, 2017.

28

1    Highland Ranch requests an additional twenty-one calendar days, up to and including

2  September 22, 2017, within which to answer or otherwise respond to the Complaint.  Highland

3  Ranch requests this additional time so that it may more thoroughly investigate the allegations

4  within the Complaint and other pleadings on file and research the current law bearing on those

5  allegations.  The Court has not granted any previous extensions.

6    **IT IS SO STIPULATED.**

7  Dated this 25th day of August, 2017.          Dated this 25th day of August, 2017.

8  WRIGHT, FINLAY & ZAK, LLP          LAXALT & NOMURA, LTD.

9

10  By /s/ Paterno C. Jurani                        By
    DANA JONATHON (SBN 0050)          HOLLY S. PARKER (SBN 10181)
11    PATERNO C. JURANI (SBN 8136)          RYAN W. LEARY (SBN 11630)
    NATALIE C. LEHMAN (SBN 12995)          9600 Gateway Drive
12    7785 W. Sahara Ave., Suite 200          Reno, Nevada 89521
    Las Vegas, Nevada  89117          Attorneys for Defendant
13    Attorneys for Plaintiff USROF III Legal          Highland Ranch Homeowners
    Title Trust 2015-1, by U.S. Bank National          Association
14    Association, as Legal Title Trustee

15

16                        **IT IS SO ORDERED**:

17

18                        UNITED STATES MAGISTRATE JUDGE

19

20                        Dated: _August 29, 2017_____

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Laxalt & Nomura, Ltd. and not a party to, nor interested in, the within action; that on the 28th day of August, 2017, a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (FIRST REQUEST)*** was filed electronically through the Court's CM/ECF electronic notice system to the attorneys associated with this case.

Dana Jonathon Nitz, Esq.
Paterno C. Jurani, Esq.
Natalie C. Lehman, Esq.
**WRIGHT, FINLAY & ZAK, LLP**
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
T:  (702) 475-7964
F:  (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, USROF III*
*Legal Title Trust 2015-1, by U.S. Bank*
*National Association, as Legal Title Trustee*

Gayle A. Kern, Esq.
Karen M. Ayarbe, Esq.
KERN & ASSOCIATES, LTD.
5421 Keitzke Lane
Suite 200
Reno, NV  89511
gakltd@kernltd.com
karenayarbe@kernltd.com
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Kern & Associates, Ltd.*

_____
KATHIE MARTIN

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521