GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com

*Attorneys for Defendant*
*Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>TBD, LLC, a Nevada Limited-Liability Company; TBR I, LLC, a Nevada Limited-Liability Company; AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited-Liability Company; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; KERN & ASSOCIATES, LTD., a Nevada Corporation,<br><br>Defendants.<br>_____/ | Case No.: 2:17-CV-02083-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[First Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff, USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff"), by and through its counsel, Wright, Finlay & Zak, LLP, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Complaint up-to-and-including September 22, 2017.

Plaintiff filed its Complaint on or about August 1, 2017, and Kern was served on August 11, 2017. The deadline for Kern to answer or otherwise respond to the Complaint is September 1, 2017.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to extend the deadline for Kern's answer or other response to the Complaint up-to-and-including September 22, 2017. The Parties are engaged in substantive discussions with regard to the claims and defenses in this matter, and wish to conserve the time and resources of the Parties and the Court while such discussions are ongoing. Therefore, good cause exists for the extension. This is the first request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 28th day of August, 2017.

DATED this 29th day of August, 2017.

***KERN & ASSOCIATES, LTD.***
 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

***WRIGHT, FINLAY & ZAK, LLP***
 */s/ Paterno C. Jurani, Esq.*
PATERNO C. JURANI, ESQ.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for Plaintiff USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee*

**ORDER**

***IT IS SO ORDERED***.

DATED this 31st day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

**CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (First Request)*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| **PATERNO C. JURANI** | pjurani@wrightlegal.net |
| | glacascia@wrightlegal.net |
| | NVefile@wrightlegal.net |
| **NATALIE C. LEHMAN** | nlehman@wrightlegal.net |
| | NVefile@wrightlegal.net |
| | lcox@wrightlegal.net |
| **DANA JONATHON NITZ** | dnitz@wrightlegal.net |
| | NVefile@wrightlegal.net |

_/s/ Christine A. Lamia_____
An Employee of Kern & Associates, Ltd.