GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com

*Attorneys for Defendant*
*Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>TBD, LLC, a Nevada Limited-Liability Company; TBR I, LLC, a Nevada Limited-Liability Company; AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited-Liability Company; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; KERN & ASSOCIATES, LTD., a Nevada Corporation,<br><br>Defendants.<br>_____/ | Case No.: 2:17-cv-02083-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Third Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff, USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff"), by and through its counsel, Wright, Finlay & Zak, LLP, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Complaint up-to-and-including October 27, 2017.

Pursuant to a prior Stipulation and Order, the current deadline for Kern to file its answer or otherwise respond to the Complaint is September 22, 2017.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to an additional, extension of the deadline for Kern's answer or other response to the Complaint up-to-and-including October 27, 2017. The Parties continue progress in substantive discussions with regard to the claims and defenses in this matter, and wish to conserve the time and resources of the Parties and the Court while such discussions move forward. Therefore, good cause exists for the extension. This is the third request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 6th day of October, 2017.

**KERN & ASSOCIATES, LTD.**
 _/s/ Karen M. Ayarbe, Esq._
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

DATED this 6th day of October, 2017.

**WRIGHT, FINLAY & ZAK, LLP**
 _/s/ Paterno C. Jurani, Esq._
PATERNO C. JURANI, ESQ.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for Plaintiff USROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee*

**ORDER**

**IT IS SO ORDERED**.

DATED this 12th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

 _/s/ Karen M. Ayarbe, Esq._
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Third Request)*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| **PATERNO C. JURANI** | pjurani@wrightlegal.net<br>glacascia@wrightlegal.net<br>NVefile@wrightlegal.net |
| **RYAN WILLIAM LEARY** | rleary@laxalt-nomura.com<br>wrawson@laxalt-nomura.com |
| **NATALIE C. LEHMAN** | nlehman@wrightlegal.net<br>NVefile@wrightlegal.net<br>lcox@wrightlegal.net |
| **DANA JONATHON NITZ** | dnitz@wrightlegal.net<br>NVefile@wrightlegal.net |
| **HOLLY S PARKER** | hparker@laxalt-nomura.com<br>rleary@laxalt-nomura.com<br>kmartin@laxalt-nomura.com |
| **TIMOTHY RHODA** | croteaulaw@croteaulaw.com<br>receptionist@croteaulaw.com |

 */s/ Christine A. Lamia*
An Employee of Kern & Associates, Ltd.