UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| USROF III LEGAL TITLE TRUST 2015-1 BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>TBD, LLC, a Nevada Limited-Liability Company; TBR I, LLC, a Nevada Limited-Liability Company; AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited-Liability Company; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; KERN & ASSOCIATES, LTD., a Nevada Corporation,<br><br>Defendants. | Case No. 2:17-cv-02083-RFB-PAL<br><br>**ORDER** |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Defendant Airmotive Investments LLC. 's Motion to Dismiss (ECF No. 25) and Defendant Highland Ranch Homeowners Association's Motion to

Dismiss (ECF No. 27) is DENIED without prejudice. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion to Dismiss or to file a notice renewing the previously filed motion.

The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

DATED this 13th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE